

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2017

No. 04-17-00214-CV

Amin Qassam **ALI** et al,
Appellant

v.

Nizarshah **MOHAMMAD,**
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CI10486
Honorable Laura Salinas, Judge Presiding

# O R D E R

The reporter's record was originally due on May 10, 2017. On May 16, 2017, the clerk of this court notified the court reporter, Mary Beth Simpkins, that she is the court reporter responsible for timely filing a portion of the reporter's record in this appeal and that portion of the reporter's record is late. The clerk explained that the court reporter must file a notification of late record within ten days or file the appropriate portion of the reporter's record within thirty days.

The court reporter did not timely file a notification of late record, nor did she file the appropriate portion of reporter's record. Therefore, on June 4, 2017, we ordered Mary Beth Simpkins to file the reporter's record no later than July 14, 2017. Despite our order, Mary Beth Simpkins has wholly failed to file the appropriate portion of the reporter's record.

**We ORDER Mary Beth Simpkins to file the appropriate portion of the reporter's record in Appeal No. 04-17-00214-CV within twenty days of being served a copy of this order. NO EXTENSIONS WILL BE GRANTED. If Mary Beth Simpkins fails to file the reporter's record in Appeal No. 04-17-00214-CV as ordered, Mary Beth Simpkins will be ordered to appear and show cause why she should not be held in civil or criminal contempt or otherwise sanctioned. *See* TEX. R. APP. P. 35.3(c), 37.3(a).**

**We further ORDER the Clerk of this Court to have Mary Beth Simpkins personally served with a copy of this order. We also ORDER the person who personally serves Mary**

**Beth Simpkins to file with this Court written proof of the date and time that Mary Beth Simpkins was served with a copy of this order.**

We also ORDER the Clerk of this Court to mail a copy of this order to the trial judge, the Honorable Laura Salinas. *See* TEX. R. APP. P. 35.3(c) ("The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.").

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk